UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED

MAR 25 2009

U. S. DISTRICT COURT
E. DISTRICT OF MO.

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No. |
| DAVID HORINE, | ) | 4:09CR00228 CAS |
| Defendant. | ) | |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

Between on or about January 1, 2006 to on or about March 25, 2009, within the Eastern District of Missouri,

**DAVID HORINE,**

the Defendant herein, who did not reside in the State of Missouri, willfully failed to pay a support obligation with respect to his children who reside in the State of Missouri and which obligation is in the amount greater than $5,000, that being more than $92,000.00, in violation of Title 18, United States Code, Section 228(a)(1).

### COUNT TWO

The Grand Jury charges that:

Between on or about January 1, 2006 to on or about March 25, 2009, within the Eastern District of Missouri,

**DAVID HORINE,**

who did not reside in the State of Missouri, willfully failed to pay a support obligation with respect to his children who reside in the State of Missouri in that the amount of arrearage exceeded $10,000 that being more than $92,000.00; in violation of Title 18, United States Code, Section 228(a)(3).

A TRUE BILL.


_____
FOREPERSON

CATHERINE L. HANAWAY
United States Attorney


_____
TRACY L. BERRY, 508314
Assistant United States Attorney